## CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Ascensia Diabetes Care US Inc.
Attn: Chautauqua Bailey
5 Wood Hollow Road
Parsippany, NJ 07054

Ascensia Diabetes Care US Inc.
Attn: Chautauqua Bailey
5 Wood Hollow Road
Parsippany, NJ 07054

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Ascensia Diabetes Care US Inc.
Attn: John Martinson, President
5 Wood Hollow Road
Parsippany, NJ 07054

Ascensia Diabetes Care US Inc.
Attn: Mary Puncochar, Vice President
160 Main Lake SCt., Ste. 200
Raleigh, NC 27615-6417

The Corporation Trust Company,
R/A for Ascensia Diabetes Care US Inc.
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature  /s/ Gini L. Downing_____

    Print Name:    Gini L. Downing
                        Pachulski Stang Ziehl & Jones LLP
                        10100 Santa Monica Blvd.
                        13th Floor
    Business Address:    Los Angeles, CA 90067

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Ascenia Diabetes Care US Inc.
   Attn: John Martinson, President
   5 Wood Hollow Road
   Parsippany, NJ 07054

9590 9402 3367 7227 2947 01

2. Article Number (Transfer from service label)
   7017 2400 0000 3936 9764

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]
  - ☐ Agent
  - ☐ Addressee
- B. Received by (Printed Name): T. Flood
- C. Date of Delivery:
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
   - ☐ Adult Signature
   - ☐ Adult Signature Restricted Delivery
   - ☒ Certified Mail®
   - ☐ Certified Mail Restricted Delivery
   - ☐ Collect on Delivery
   - ☐ Collect on Delivery Restricted Delivery
   - ☐ Insured Mail
   - ☐ Insured Mail Restricted Delivery (over $500)
   - ☐ Priority Mail Express®
   - ☐ Registered Mail™
   - ☐ Registered Mail Restricted Delivery
   - ☒ Return Receipt for Merchandise
   - ☐ Signature Confirmation™
   - ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Ascensia Diabetes Care US Inc.
   Attn: Mary Puncochar, Vice President
   160 Main Lake SCt., Ste. 200
   Raleigh, NC 27615-6417

9590 9402 3367 7227 2946 95

2. Article Number (Transfer from service label)
   7017 2400 0000 3936 9757

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X Kenya Puckett
  - ☐ Agent
  - ☐ Addressee
- B. Received by (Printed Name):
- C. Date of Delivery: 2-14-22
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type:
   - ☐ Adult Signature
   - ☐ Adult Signature Restricted Delivery
   - ☒ Certified Mail®
   - ☐ Certified Mail Restricted Delivery
   - ☐ Collect on Delivery
   - ☐ Collect on Delivery Restricted Delivery
   - ☐ Insured Mail
   - ☐ Insured Mail Restricted Delivery (over $500)
   - ☐ Priority Mail Express®
   - ☐ Registered Mail™
   - ☐ Registered Mail Restricted Delivery
   - ☒ Return Receipt for Merchandise
   - ☐ Signature Confirmation™
   - ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>The Corporation Trust Company,<br>R/A for Ascensia Diabetes Care US Inc.<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>FEB 0 8 2022<br>CT CORPORATION | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3367 7227 2946 88 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3936 9740 | ☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | | Domestic Return Receipt |